# EXHIBIT B

 

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 250402241 |
| Case Caption: | GORDON ETAL VS NATIONAL RAILROAD PASSENGER CORPORA |
| Filing Date: | Thursday , April 17th, 2025 |
| Court: | MAJOR JURY-STANDARD |
| Location: | CITY HALL |
| Jury: | JURY |
| Case Type: | PERSONAL INJURY - OTHER |
| Status: | WAITING TO LIST CASE MGMT CONF |

## Related Cases

No related cases were found.

## Case Event Schedule

No case events were found.

## Case motions

No case motions were found.

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | RUBINSTEIN, JONATHAN DANIEL |
| **Address:** 123 S. BROAD STREET SUITE 2250 PHILADELPHIA PA 19109 | | **Aliases:** | none | |

| | | | | |
|---|---|---|---|---|
| | (267)656-6895<br>jrubinstein@mceldrewpurtell.com | | | |
| | | | | |
| 2 | | 1 | ADMINISTRATRIX - PLAINTIFF | GORDON, SIANI |
| Address: | 222 BROOMALL STREET<br>CHESTER PA 19013 | Aliases: | PERSONAL REPRESENTATIVE AND ADMINISTRATRIX OF THE ESTATE OF JAHAAD ATKINSON | |
| | | | | |
| 3 | | | DEFENDANT | HUGHES, SEAN |
| Address: | C/O 30TH STREET STATION<br>PHILADELPHIA PA 19104 | Aliases: | none | |
| | | | | |
| 4 | | | DEFENDANT | SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY |
| Address: | 1234 MARKET STREET<br>PHILADELPHIA PA 19107 | Aliases: | none | |
| | | | | |
| 5 | | | DEFENDANT | DOE 1, JOE |
| Address: | ADDRESS UNKNOWN<br>PHILADELPHIA PA 19104 | Aliases: | none | |
| | | | | |
| 6 | | | DEFENDANT | DOE 2, JOHN |
| Address: | ADDRESS UNKNOWN<br>PHILADELPHIA PA 19104 | Aliases: | none | |
| | | | | |
| 7 | | | DEFENDANT | DOE 3, JOHN |
| Address: | ADDRESS UNKNOWN<br>PHILADELPHIA PA 19104 | Aliases: | none | |

| # | | | Role | Name |
|---|---|---|---|---|
| 8 | | 1 | ADMINISTRATRIX - PLAINTIFF | KIMBLE, WYDEIA |
| **Address:** | 2723 LEHMAN STREET CHESTER PA 19013 | **Aliases:** | PERSONAL REPRESENTATIVE AND ADMINISTRATRIX OF THE ESTATE OF AH'YIR WOMACK | |
| 9 | | | DEFENDANT | NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTRAK |
| **Address:** | 30TH STREET STATION PHILADELPHIA PA 19104 | **Aliases:** | none | |
| 10 | | | DEFENDANT | MEDINA, CRISTIAN |
| **Address:** | C/O 30TH STREET STATION PHILADELPHIA PA 19104 | **Aliases:** | none | |
| 11 | | | DEFENDANT | KING, KEYAH |
| **Address:** | C/O 30TH STREET STATION PHILADELPHIA PA 19104 | **Aliases:** | none | |
| 12 | | | DEFENDANT | HANSON, KYLE MARTIN |
| **Address:** | C/O 30TH STREET STATION PHILADELPHIA PA 19104 | **Aliases:** | none | |
| 13 | | | DEFENDANT | EDGERTON, CHRISTOPHER |
| **Address:** | C/O 30TH STREET STATION PHILADELPHIA PA 19104 | **Aliases:** | none | |
| 14 | | | DEFENDANT | WINN, DENNIS |
| **Address:** | C/O 30TH STREET STATION PHILADELPHIA PA 19104 | **Aliases:** | none | |

| | | | | |
|---|---|---|---|---|
| 15 | | | DEFENDANT | GILLIAM, SEAN |
| **Address:** | C/O 30TH STREET STATION PHILADELPHIA PA 19104 | **Aliases:** | none | |
| 16 | | 1 | ATTORNEY FOR PLAINTIFF | KISS, GREGORY R |
| **Address:** | 123 S. BROAD STREET SUITE 2250 PHILADELPHIA PA 19109 (215)620-4591 gkiss@mceldrewpurtell.com | **Aliases:** | none | |
| 17 | | | TEAM LEADER | CARPENTER, LINDA |
| **Address:** | 294 CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | none | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 17-APR-2025 09:10 AM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2504040652 | | |
| 17-APR-2025 09:10 AM | COMMENCEMENT CIVIL ACTION JURY | RUBINSTEIN, JONATHAN DANIEL | |
| **Documents:** | Click link(s) to preview/purchase the documents  Final Cover | | Click HERE to purchase all documents related to this one docket entry |

| | | | |
|---|---|---|---|
| **Docket Entry:** | none. | | |
| | | | |
| 17-APR-2025 09:10 AM | COMPLAINT FILED NOTICE GIVEN | RUBINSTEIN, JONATHAN DANIEL | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Atkinson Complaint (FINAL).pdf | | Click HERE to purchase all documents related to this one docket entry |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | |
| | | | |
| 17-APR-2025 09:10 AM | JURY TRIAL PERFECTED | RUBINSTEIN, JONATHAN DANIEL | |
| **Docket Entry:** | 12 JURORS REQUESTED. | | |
| | | | |
| 17-APR-2025 09:10 AM | WAITING TO LIST CASE MGMT CONF | RUBINSTEIN, JONATHAN DANIEL | |
| **Docket Entry:** | none. | | |
| | | | |
| 22-APR-2025 11:03 AM | AFFIDAVIT OF SERVICE FILED | | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>gordon full aff.pdf | | Click HERE to purchase all documents related to this one docket entry |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY BY PERSONAL SERVICE ON 04/21/2025 FILED. | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

Search Home