IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIANI GORDON, Personal Representative and Administrator of the Estate of JAHAAD ATKINSON,<br><br>and<br><br>WYDEIA KIMBLE, Personal Representative and Administrator of the Estate of AH'YIR WOMACK,<br>*Plaintiffs,*<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, et al,<br>*Defendants.* | Civil No. 25-2158 |

## ORDER

**AND NOW**, this 8th day of April, 2026, upon consideration of Defendant National Railroad Passenger Corporation's Motion to Dismiss (ECF No. 10) and Defendant Southeastern Pennsylvania Transportation Authority's Motion to Dismiss (ECF No. 9), and the responses and replies thereto, it is hereby **ORDERED** that the motions are **GRANTED** for the reasons stated in the accompanying memorandum.  Plaintiffs' Complaint is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

MARY KAY COSTELLO
United States District Judge